EDWARD T. JONES, Respondent, v. LEO SCHUMER, Appellant, et al., Defendant.—

Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.